## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **CHRISTEL JOHNSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 1:23-cv-00794 |
| ) | |
| **NAVY FEDERAL CREDIT UNION,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF FILING HEARING TRANSCRIPT

COMES NOW the Plaintiff, CHRISTEL JOHNSON, and respectfully submits the attached hearing transcript.

Dated: January 18, 2024

_____/s/_____
Thomas F. Hennessy, Esq. (VSB: 32850)
The Hennessy Law Firm, PLLC
4015 Chain Bridge Road, Suite G
Fairfax, Virginia 22030
(703) 865-8836 Telephone
(703) 865-7633 Facsimile
thennessy@virginiawage.net
Counsel for Plaintiff, Christel Johnson

### CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Respectfully submitted,

Christel Johnson
By Counsel

1

_____/s/_____
Thomas F. Hennessy, Esq. (VSB: 32850)
THE HENNESSY LAW FIRM, PLLC
4015 Chain Bridge Road, Suite G Fairfax, Virginia 22030
(703) 865-8836 Telephone (703) 865-7633
Facsimile thennessy@virginiawage.net
Counsel for Plaintiff